# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

RAMEZ ZIADEH, ACTING SECRETARY OF THE DEPARTMENT OF ENVIRONMENTAL PROTECTION AND ACTING CHAIRPERSON OF THE ENVIRONMENTAL QUALITY BOARD

v.

PENNSYLVANIA LEGISLATIVE REFERENCE BUREAU, VINCENT C. DELIBERATO, JR., DIRECTOR OF THE LEGISLATIVE REFERENCE BUREAU, AND AMY J. MENDELSOHN, DIRECTOR OF THE PENNSYLVANIA CODE AND BULLETIN

APPEAL OF: CONSTELLATION ENERGY CORPORATION AND CONSTELLATION ENERGY GENERATION, LLP,

Possible Intervenors

: No. 83 MAP 2022
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

**AND NOW,** this 12th day of October, 2022, the Notice of Appeal is **QUASHED**. *See* Pa.R.A.P. 501 (allowing an aggrieved party to file an appeal); *In re Barnes Foundation,* 871 A.2d 792, 795 (Pa. 2005) (holding that the failure to secure intervenor status forecloses the ability to file a cognizable appeal).